```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION
                     AT LEXINGTON
```

**CIVIL ACTION NO. 2014-303 (WOB-CJS)**

**LORI L. HALSTED**                                              **PLAINTIFF**

VS.                              **ORDER**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                              **DEFENDANT**

    This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 21), and there being no objections filed thereto, the Court being advised,

    **IT IS ORDERED** that the Report and Recommendation (Doc. 21) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that plaintiff's construed motion for oral argument (Doc.20) is **denied**; that defendant's motion for summary judgment (Doc. 19) is **denied**; that plaintiff's motion for summary judgment (Doc. 15) is **granted in part** as to plaintiff's request for a reversal of the Commissioner's decision, and **denied in part** as to plaintiff's request for a court-ordered award of benefits; and that the Commissioner's decision is not supported by substantial evidence and therefore is **reversed** and

**remanded** under sentence four of 42 U.S.C. §405(g), with instructions to the ALJ to reassess plaintiff's residual functional capacity as it pertains to her physical limitations.

This 25th day of September, 2015.



Signed By:
*William O. Bertelsman* WOB
United States District Judge